AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

E-filing

CEDRIC NEAL, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED )
)
*Plaintiff* )
) 
v. ) Civil Action No.   12  1070
SARA LEE CORPORATION; )
EARTHGRAINS BAKING COMPANIES, INC )
*Defendant* )

EDL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SARA LEE CORPORATION                    EARTHGRAINS BAKING COMPANIES, INC
2730 Gateway Oaks Dr., Suite 100        455 Capitol Mall, Suite 217
Sacramento, CA 95833                    Sacramento, CA 95814


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel L. Feder, Esq
332 Pine Street, Suite 700
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAR - 2 2012

**HELEN ALMACEN**

*Signature of Clerk or Deputy Clerk*