UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC NEAL, individually and on behalf of all others similarly situated and the California general public,<br><br>Plaintiff,<br><br>vs.<br><br>SARA LEE CORPORATION and EARTHGRAINS BAKING COMPANIES, INC.,<br><br>Defendants. | Case No. 3:12-cv-01070-EDL<br><br>[PROPOSED] ORDER  AS MODIFIED<br><br>Magistrate Judge Elizabeth D. Laporte<br><br>Complaint Filed:  March 2, 2012 |

AND NOW, upon consideration of Defendants' Unopposed Administrative Motion to Continue the Initial Case Management Conference, supporting Stipulation, and for good cause shown, it is hereby ORDERED that the initial Case Management Conference scheduled to take place on June 14, 2012 is continued ~~pending the outcome of the parties' forthcoming ADR settlement conference and any subsequent settlement negotiations~~ to September 11, 2012, at 10:00 a.m.

It is further ORDERED that the parties shall notify the Court of the status of any potential resolution of this matter within five business days after ~~the ADR settlement conference~~ any ADR process.

So ORDERED this  11th  day of June, 2012.

_____
Elizabeth D. Laporte, U.S.M.J.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte]