UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC NEAL,<br><br>      Plaintiff,<br><br>    vs.<br><br>SARA LEE CORPORATION, et al.,<br><br>      Defendants. | Case No.: C-3:12-1070 EDL (KAW)<br><br>ORDER |

      This case is scheduled for a settlement conference before the undersigned on August 24, 2012.  On July 2, 2012, counsel for Defendants filed a letter requesting that Sara Lee's representative be excused from personally attending the settlement conference.  Defendants state that Plaintiff is a former employee of Earthgrains, which was previously owned by a Sara Lee affiliate but is now a wholly owned subsidiary of BBU, Inc., and state that BBU, Inc. will be solely responsible for any liability.  Plaintiff does not object to Defendants' request.

      Based on these facts, Sara Lee's request is granted.  However, Sara Lee's representative must be available by telephone during the settlement conference, and Earthgrain and BBU, Inc. must have representatives present in person.

      **IT IS SO ORDERED.**

DATE: July 5, 2012

                                              **KANDIS A. WESTMORE**
                                              **UNITED STATES MAGISTRATE JUDGE**