IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC NEAL, et al., | No. C -12-01070 EDL |
| Plaintiff, | **ORDER CONTINUING FAIRNESS HEARING AND RELATED DEADLINES** |
| v. | |
| SARA LEE CORP, et al., | |
| Defendant. | |

On February 4, 2013, this Court granted preliminary approval of a class action settlement in this case. Dkt. # 42. In its Order, the Court set a Fairness Hearing for May 28, 2013 with the Motions for Final Approval and Approval of Attorneys Fees and Class Representative Enhancement due on April 23. On April 23, Plaintiff filed a letter with the Court requesting a two- week extension of the motion filing deadlines. The letter states that Defendants do not object to the continuance, and the parties will agree to a short extension of the fairness hearing. Neither the Court nor the settlement administrator received any objections to the class settlement notice papers as of the date of the letter.

Though Plaintiff's request should have been made earlier and in compliance with Local Rule 6, the Court hereby grants Plaintiff's request for a continuance of the motion filing deadlines and related dates as follows:

- The Motion for Final Approval and Motion for Approval of Attorneys Fees and Class Representative Enhancement shall be filed by May 6, 2013;

- Oppositions to the Motions shall be due by May 20, 2013;

- Replies to the Motions shall be due by May 27, 2013; and
- a hearing on the Motions (the "Fairness Hearing") shall be set for June 11, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 24, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge